**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| SHARON MEIER, ) | |
| ) | CASE NO.    5:07-cv-3308 |
| Plaintiff, ) | |
| ) | |
| v.                                                 ) | MAGISTRATE JUDGE VECCHIARELLI |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security,   ) | **MEMORANDUM OF OPINION** |
| ) | Docket #21. |
| Defendant.                             ) | |

This case is before the magistrate judge by the consent of the parties.  Plaintiff, Sharon Meier ("Meier"), moves for an award of legal fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA").  Docket #21.  Defendant is not opposed to Meier's motion.  Doc. No. 22.

Meier's case was remanded under sentence four of 42 U.S.C. § 405(g), making her a prevailing party under EAJA and eligible for an award of fees.  *Shalala v. Schaefer*, 509 U.S. 292, 301-02 (1993).  The EAJA provides that "attorney fees shall not be awarded in excess of $125 per hour unless the court determines that an increase in the cost of living or a special factor . . . justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A)(ii).  Meier requests an award of $1,962.50 in attorney's fees.  The requested fees represent 15.70 hours of work at a rate of $125 per hour. The magistrate judge notes that 22 of work is not unusual in similar cases.  Thus, the requested fees are authorized by law and reasonable in their

amount.

For the above reasons, the court awards Meier $1,962.50 in attorney's fees pursuant to EAJA.

**IT IS SO ORDERED.**


Date:  September 10, 2008                                  s/ Nancy A. Vecchiarelli
                                                          U.S. Magistrate Judge